# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SETAREH GOLROKH,<br><br>    Plaintiff<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:24-cv-01764-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Setareh Golrokh's certificate of interested parties (ECF No. 6) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the plaintiff's citizenship as required by the amendment to that rule.

I FURTHER ORDER the plaintiff to file a proper certificate of interested parties by October 17, 2024.

DATED this 3rd day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE