**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SETAREH GOLROKH,<br>    Plaintiff,<br>v.<br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br>    Defendant. | Case No. 2:24-cv-01764-APG-NJK<br><br>**Order**<br><br>[Docket No. 11] |

Pending before the Court is the parties' proposed joint discovery plan.  Docket No. 11.

The discovery plan seeks special scheduling without sufficient explanation.  Local Rule 26-1(a).  The discovery plan seeks a longer discovery period because "this matter involves allegations of bad faith and thus necessitates corporate discovery to include in-depth written discovery responses and corporate designee depositions."  Docket No. 11 at 1.  Further, the parties submit that "production of internal confidential and proprietary claims documents can include documents in the thousands of pages. This portion of discovery alone is anticipated to take several months."  *Id*. at 2.  The parties fail to demonstrate how these facts cause this case to be different than many others that come before this Court, and, therefore, require more time than the default discovery period.

Therefore, the Court **DENIES** the parties' joint proposed discovery plan, Docket No. 11, and enters the following scheduling order:

- Initial disclosures:  November 22, 2024
- Amend pleadings/add parties:  December 26, 2024
- Initial experts:  January 24, 2025
- Rebuttal experts:  February 24, 2025
- Discovery cutoff:  March 25, 2025

1

- Dispositive motions: April 24, 2025
- Joint proposed pretrial order: May 26, 2025, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: November 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

2