M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:         cmeyer@messner.com
                    rfinch@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SETAREH GOLROKH, an individual;<br><br>         Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign company; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>         Defendants. | CASE NO: 2:24−cv−01764−APG−NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff SETAREH GOLROKH, individually and by and through her counsel of record, SAM RYAN HEIDARI, ESQ. of HEIDARI LAW GROUP, PC, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, arising out of Case No. 2:24−cv−01764−APG−NJK, be dismissed with prejudice in its entirety, with each of the parties to bear their own attorney's fees and costs.

///

///

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

Dated this 5th day of February 2025.

**MESSNER REEVES, LLP**

 /s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
*Attorneys for Defendant*

Dated this 5th day of February 2025.

**HEIDARI LAW GROUP, PC**

 /s/ Sam Ryan Heidari
Sam Ryan Heidari, Esq.
Nevada Bar No. 13347
611 South 6th Street
Las Vegas, NV 89101
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 6, 2025